IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE FOLLOWING PREMISES:<br><br>**120 W ALLEN ST STE 10, HENDERSONVILLE, NC 28792** | Case No. 1:19 mj 116<br><br>**Filed Under Seal** |

## ORDER TO SEAL

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an Order directing that the Affidavit, Application, Search Warrant, Motion to Seal, this Order, any other related filings, and any other order issued pursuant to this matter be sealed immediately, and that same remain sealed until further order of this Court,

**IT IS HEREBY ORDERED** that the above-captioned case be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 13th day of December 2019.

THE HON. W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA