FILED
ASHEVILLE, N.C.
DEC 13 2019
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE FOLLOWING PREMISES:<br><br>120 WEST ALLEN STREET, SUITE 10, HENDERSONVILLE, NC 28792 | Case No. 1:19 mj 116<br><br>**Filed Under Seal** |

## ORDER APPROVING TEMPORARY FILTER PROTOCOL

The Court has reviewed the government's "Proposed Temporary Filter Protocol," submitted as Attachment 1 to Special Agent Berry's "Affidavit in Support of Proposed Temporary Filter Protocol," and finds that the temporary protocol provides sufficient protection against the inadvertent disclosure, to the prosecution team, of any privileged communications seized pursuant to the warrant executed under this same docket number by the Court.

The Court orders that no review of the contents of any records seized pursuant to the warrant, beyond that which is described in Attachment 1 to SA Berry's "Affidavit in Support of Proposed Temporary Filter Protocol," and which is necessary to determine which records and/or devices may contain information that is responsive to Attachment B to the warrant, may take place until a final protocol has been approved by the Court.

To the extent there is any inconsistency between the requirements of the Temporary Filter Protocol and Section C (Review of ESI) of Attachment B to the Search and Seizure Warrant, the terms of the Temporary Filter Protocol shall control until a final protocol has been approved by the Court.

1

SO ORDERED, this the 13th day of December 2019.

_____
THE HON. W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA

2