IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 MJ 116

IN THE MATTER OF THE )
SEARCH OF THE FOLLOWING )
PREMISES: )
) **FILED UNDER SEAL**
)
120 WEST ALLEN STREET, )
SUITE 10, HENDERSONVILLE, )
NC 28792 )

## ORDER GRANTING RELIEF FROM TEMPORARY FILTER PROTOCOL

This matter is before the Court on the Government's Unopposed Motion for Relief from Temporary Filter Protocol (Doc. 7).

Among other things, the Motion states that both Walter Roberts, who is the owner of the property searched and seized pursuant to the subject warrants, and Mr. Roberts' attorney, Stephen Cash, have advised the Government that Mr. Roberts has no claims of attorney-client privilege with regard to any of the information, documents, and other evidence obtained through the subject warrants. Further, the Government advises that counsel for Mr. Roberts does not object to the relief requested by the Motion.

For the reasons stated in the Motion, the Court finds that the temporary precautions set forth in that Order Approving Temporary Filter Protocol (Doc. 5) have served their purpose and are no longer necessary.

Accordingly, the Government's Unopposed Motion for Relief from Temporary Filter Protocol (Doc. 7) is **GRANTED,** and the Government's obligation to quarantine the subject evidence, as imposed by the Court's prior Order Approving Temporary Filter Protocol (Doc. 5), is **TERMINATED** such that the Government may engage in a substantive review of the information seized.

The Clerk is respectfully **DIRECTED** to send a copy of this Order to attorney Stephen Cash, counsel for Mr. Roberts.

Signed: February 20, 2020

W. Carleton Metcalf
United States Magistrate Judge