IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 MJ 116

IN THE MATTER OF THE SEARCH OF )
THE FOLLOWING PREMISES )
) **ORDER**
)
120 W ALLEN ST STE 10, )
HENDERSONVILLE, NC 28792 )

This matter is before the Court on the Government's Amended Motion to Unseal Case 1:19-MJ-116. Doc. 11. For the reasons stated therein, the motion will be allowed.

**IT IS THEREFORE ORDERED THAT:**

1. The Amended Motion to Unseal Case 1:19-MJ-116 (Doc. 11) is **GRANTED** and the Clerk is respectfully directed to **UNSEAL** this matter.

2. The Government's Motion to Unseal Search Warrant Application, Affidavit, and Warrant (Doc. 10) is **DENIED AS MOOT.**

3. The Clerk is respectfully directed to certify copies of this Order to the United States Attorney's Office.

Signed: March 23, 2022

W. Carleton Metcalf
United States Magistrate Judge